■ MARIANNE J. KELLY, Respondent, v JOHN M. KELLY, Appellant. [817 NYS2d 573]—Appeal from an order of the Supreme Court, Monroe County (Ann Marie Taddeo, J.), entered March 21, 2005. The order denied defendant's motion to modify a judgment of divorce.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Scudder, J.P., Kehoe, Smith, Pine and Hayes, JJ.